# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

**PLAINTIFF:** OMAR ANTONIO LOPEZ **DEFENDANT:** BRANCH MESSENGER, INC

**CASE NO:** CLERK ASSIGN

2:26-cv-00489-RAH-CWB

**NOTICE TO THE CLERK: THIS IS A MINISTERIAL FILING. PURSUANT TO THE RULES OF COURT, THIS DOCUMENT IS TO BE FILED IMMEDIATELY UPON RECEIPT BY MAIL. NO DISCRETIONARY REVIEW IS AUTHORIZED OR PERMITTED. ANY FAILURE TO FILE THIS NOTICE IS A VIOLATION OF MY CONSTITUTIONAL RIGHT TO ACCESS THE COURT AND AN INTERFERENCE WITH THE REMEDY FOR INJURY TO LIFE. ALL CLERKS OF COURT ARE INDIVIDUALLY AND PERSONALLY LIABLE FOR ANY OBSTRUCTION OF THIS PROCESS, THE LOSS OF THEIR BONDS, AND PERSONAL LIABILITY FOR THE ACCRUED LIQUIDATED DEBT.**

## FINAL FORMAL DEMAND FOR LIQUIDATED DEBT

**I. ACTS OF WRONGDOING** BRANCH MESSENGER, INC HAS ENGAGED IN THE INTENTIONAL OBSTRUCTION OF EVIDENCE BY UNILATERALLY LOCKING PLAINTIFF OUT OF HIS DIGITAL RECORDS AND ACCOUNTS. THIS ACTION CONSTITUTES THE SPOLIATION OF CRITICAL EVIDENCE, INTERFERING WITH THE PLAINTIFF'S ABILITY TO SECURE AND PRESENT PROOF NECESSARY FOR PENDING JUDICIAL PROCEEDINGS. THIS DELIBERATE ACT HAS DIRECTLY INFLICTED AN INJURY TO LIFE UPON THE PLAINTIFF BY UNDERMINING HIS STANDING, WELL-BEING, AND LIVELIHOOD.

**II. LIQUIDATED DEBT** AS COMPENSATION FOR THE AFOREMENTIONED INJURY TO LIFE AND THE RESULTING LOSSES, THE LIQUIDATED DEBT IS FIXED AT $7,700,000. IN THE EVENT OF NON-PAYMENT, THIS TOTAL SHALL INCREASE BY A DAILY COMPOUND INTEREST RATE OF 0.1% UNTIL THE ENTIRETY OF THE DEBT IS SATISFIED IN FULL.

**III. MINISTERIAL DEMANDS**

1. **DOCKETING**: THE CLERK IS DIRECTED TO IMMEDIATELY DOCKET THIS DEMAND FOR LIQUIDATED DEBT INTO THE PERMANENT RECORD.

2. **SATISFACTION**: DEFENDANT IS HEREBY ORDERED TO REMIT THE TOTAL LIQUIDATED DEBT IMMEDIATELY VIA FEDWIRE. NOTICE REGARDING SETTLEMENT TERMS: THE CREDITOR WILL NOT ENTER INTO ANY NON-DISCLOSURE AGREEMENT (NDA) OR CONFIDENTIALITY AGREEMENT PROPOSED BY THE DEFENDANTS. ANY SETTLEMENT SHALL BE GOVERNED EXCLUSIVELY BY THE TERMS SET FORTH BY THE CREDITOR. THE DEFENDANTS ARE HEREBY DIRECTED TO EXECUTE THE CREDITOR'S SETTLEMENT AGREEMENT AS A CONDITION PRECEDENT TO THE FINAL RESOLUTION OF THIS DEBT. REFUSAL TO EXECUTE THE CREDITOR'S TERMS IS A FORMAL REFUSAL TO SETTLE AND AN ADMISSION OF CONTINUED OBSTRUCTION.

3. **ESCALATION**: FAILURE TO REMIT PAYMENT BY THE CLOSE OF BUSINESS ON THE DATE OF RECEIPT WILL RESULT IN THE IMMEDIATE, AUTOMATIC ESCALATION OF THE TOTAL DEBT THROUGH

THE DAILY 0.1% COMPOUND INTEREST PROVISION, ACCRUING WITHOUT FURTHER NOTICE.

**IV. CERTIFICATION** I, OMAR ANTONIO LOPEZ, A LIVING MAN, AN ABORIGINAL COPPERTONE MAN FROM THE TRIBE OF JUDAH, HEREBY CERTIFY MY STATUS AS *SUI JURIS*. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING DEMANDS AND ASSERTIONS OF FACT ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE.

**SIGNATURE:** _____ **OMAR ANTONIO LOPEZ, PRO SE DATE:** JUNE 12, 2026

OMAR ANTONIO LOPEZ
GENERAL DILIVERY
NASHVILLE, TN 37202

**CERTIFIED MAIL**

9589 0710 5270 3257 5541 56

FOREVER / USA

**Retail**



36104

RDC 99

U.S. POSTAGE PAID
FCM LETTER
NASHVILLE, TN 37202
JUN 15, 2026

**$5.30**

S2324Y502202-11

36104$401B C039

CLERK OF COURT
U.S. DISTRICT COURT
ONE CHURCH STREET
ROOM-B-110 MONTGOMERY, AL 36104